UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION        MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:
*Jeffrey Adams, et al. v. Bayer AG, et al.*        Case No. 04-3272
(Plaintiff Mary Sassin only)

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Mary Sassin (Doc. No. 55) is **DENIED**.

Dated: AUG 3 1 2007

_____
MICHAEL J. DAVIS
United States District Court Judge

SCANNED
AUG 3 1 2007
U.S. DISTRICT COURT MPLS