UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*     MDL NO. 1431 (MJD/SRN)

**ORDER**

This Document Relates to:
*Jeffrey Adams, et al. v. Bayer AG, et al.*     Case No. 04-3272
*(Plaintiff Albert Averill only)*

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Albert Averill (Doc. No. 43) is **DENIED** as to dismissal, but **GRANTED** as to court reporter's fees; and

2. Plaintiff's counsel is required to pay the sum of $155.50 to Bayer Corporation within 10 days of the District Court's Order should the District Court adopt this Report and Recommendation.

Dated: AUG 3 1 2007

MICHAEL J. DAVIS
United States District Court Judge

SCANNED
AUG 3 1 2007
U.S. DISTRICT COURT MPLS